■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [51 NYS3d 442]—Motion for reargument denied. Present—Whalen, P.J., Smith, Centra, Peradotto and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD T. HOLLOWAY, Appellant. [51 NYS3d 442]—Motion for reargument denied. Present—Whalen, P.J., Peradotto, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY L. KENNEDY, Appellant. [51 NYS3d 443]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, NeMoyer, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN BOGAR, Appellant. [51 NYS3d 443]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DON PETERKIN, Appellant. [51 NYS3d 443]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWAN MYLES, Appellant. [51 NYS3d 443]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and NeMoyer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVON SCOTT, Also Known as "GHOST," Appellant. [51 NYS3d 444]—Motion for reargument denied. Present—Centra, J.P., Carni, Lindley, Curran and Scudder, JJ.

■ INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL No. 4, by its Secretary-Treasurer Mark Stevens, et al., Appellants, v NEW YORK STATE DEPARTMENT OF LABOR et al., Respondents. [51 NYS3d 444]—Motion for leave to appeal to the Court of Appeals granted. Present—Whalen, P.J., Centra, Lindley, NeMoyer and Troutman, JJ.

■ GORDON J. KING et al., Respondents, v NIAGARA FALLS WATER AUTHORITY et al., Appellants. [51 NYS3d 445]—Motion for leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.